**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: JLH REALTY & CONSTRUCTION INC. | § | Case No. 09-10572- BLS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that George L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court

824 North Market St.

3rd Floor

Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/12/2021 in Courtroom 1, 6th Floor, United States Courthouse Courthouse, 824 North Market St., Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2021                         By: /s/ George L. Miller

                                                                Trustee

George L. Miller

1628 John F. Kennedy Blvd.

Suite 950

Philadelphia, PA 19103

(215) 561-0950

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:JLH REALTY & CONSTRUCTION INC.     §     Case No. 09-10572- BLS
                                           §
                                           §
                                           §
           Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of :*      $      916,235.34

*and approved disbursements of:*      $      553,123.07

*leaving a balance on hand of[1]:*      $      363,112.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| AA1-S | NOTES | 1,781,767.73 | 0.00 | 0.00 | 0.00 |
| (11) 063 WLH | California Building Specialties Inc. | 146,653.74 | 0.00 | 0.00 | 0.00 |
| (11) 082 WLH | RDM Electric Co. Inc. | 30,993.54 | 0.00 | 0.00 | 0.00 |
| (11) 118 WLH | William L Olson Inc. | 47,798.00 | 0.00 | 0.00 | 0.00 |
| (11) 366 | Zurich American Ins. Co. | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 509 WLH | Chrisp Company | 30,148.18 | 0.00 | 0.00 | 0.00 |
| 49 | Zurich American Ins. Co. | 0.00 | 0.00 | 0.00 | 0.00 |
| 777s WLH | Sheehan Construction Inc. | 92,613.33 | 0.00 | 0.00 | 0.00 |
| 970 WLH | Thong H. Nguyen | 5,695.00 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1037 WLH | Route 66 Roofing Inc. | 6,918.29 | 0.00 | 0.00 | 0.00 |
| 1056 WLH | SelectBuild Northern California, Inc. | 232,805.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $   363,112.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 49,061.77 | 0.00 | 49,061.77 |
| Trustee, Expenses - George L. Miller | 72.33 | 0.00 | 72.33 |
| Other State or Local Taxes (post-petition) - State of California (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - State of California (ADMINISTRATIVE) | 2,685.52 | 0.00 | 2,685.52 |
| Attorney for Trustee Fees (Other Firm) - Ciardi Ciardi & Astin PC | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Ciardi Ciardi & Astin PC | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $     51,819.62
Remaining balance:  $    311,292.65

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other Operating Expenses - KRISTINE HILLIARD | 4,808.59 | 4,808.59 | 0.00 |
| Prior Chapter Other Operating Expenses - JAMES CHANG | 4,705.97 | 4,705.97 | 0.00 |
| Prior Chapter Other Operating Expenses - DAVID PATWELL | 3,159.38 | 3,159.38 | 0.00 |
| Prior Chapter Other Operating Expenses - ROBIN ROGERS | 2,658.87 | 2,658.87 | 0.00 |
| Prior Chapter Other Operating Expenses - JAN ROMMELMAN | 6,933.34 | 6,933.34 | 0.00 |
| Prior Chapter Other Operating Expenses - VINCENT MCLEAN | 4,642.17 | 4,642.17 | 0.00 |
| Prior Chapter Other Operating Expenses - JACK MONROE, Jr. | 4,978.92 | 4,978.92 | 0.00 |
| Prior Chapter Other Operating Expenses - STEPHEN NICHOLSON | 6,749.22 | 6,749.22 | 0.00 |
| Prior Chapter Other Operating Expenses - ROBIN KOENEMANN | 9,489.35 | 9,489.35 | 0.00 |
| Prior Chapter Other Operating Expenses - JONES LIM | 2,135.78 | 2,135.78 | 0.00 |
| Prior Chapter Other Operating Expenses - MICHAEL KEMMERER | 8,689.16 | 8,689.16 | 0.00 |
| Prior Chapter Other Operating Expenses - LINDA MAMET | 10,841.38 | 10,841.38 | 0.00 |
| Prior Chapter Other Operating Expenses - STEVEN KABEL | 13,239.53 | 13,239.53 | 0.00 |
| Prior Chapter Other Operating Expenses - CHERYL HOLTHAUS | 2,020.27 | 2,020.27 | 0.00 |
| Prior Chapter Other Operating Expenses - JENNIFER LINDEN | 3,096.41 | 3,096.41 | 0.00 |
| Prior Chapter Other Operating Expenses - MICHAEL HIPKE | 3,446.42 | 3,446.42 | 0.00 |
| Prior Chapter Other Operating Expenses - TODD GROENDYCKE | 2,447.62 | 2,447.62 | 0.00 |
| Prior Chapter Other Operating Expenses - JELENA KECMAN | 2,328.43 | 2,328.43 | 0.00 |
| Prior Chapter Other Operating Expenses - MARIE HERTRICK | 3,574.17 | 3,574.17 | 0.00 |
| Prior Chapter Other Operating Expenses - KELLY HALONEN | 2,889.90 | 2,889.90 | 0.00 |
| Prior Chapter Other Operating Expenses - BERNARD GUSCOTT | 4,071.08 | 4,071.08 | 0.00 |
| Prior Chapter Other Operating Expenses - KATHY HAMMOND | 3,009.12 | 3,009.12 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other Operating Expenses - KIM FORBES | 11,404.51 | 11,404.51 | 0.00 |
| Prior Chapter Other Operating Expenses - DOROTHY GILE | 3,311.17 | 3,311.17 | 0.00 |
| Prior Chapter Other Operating Expenses - LYNE DECUIR | 4,352.16 | 4,352.16 | 0.00 |
| Prior Chapter Other Operating Expenses - JAMES  MICHAEL CUNNINGHAM | 2,550.12 | 2,550.12 | 0.00 |
| Prior Chapter Other Operating Expenses - JASON CONMAY | 2,159.42 | 2,159.42 | 0.00 |
| Prior Chapter Other Operating Expenses - NEDRA CRAIG | 5,072.91 | 5,072.91 | 0.00 |
| Prior Chapter Other Operating Expenses - KEVIN EADS | 7,457.06 | 7,457.06 | 0.00 |
| Prior Chapter Other Operating Expenses - MEGAN CODD | 3,089.21 | 3,089.21 | 0.00 |
| Prior Chapter Other Operating Expenses - MICHAEL COLEMAN | 6,699.50 | 6,699.50 | 0.00 |
| Prior Chapter Other Operating Expenses - CHRISTOPHER CHRISTIAN | 2,983.96 | 2,983.96 | 0.00 |
| Prior Chapter Other Operating Expenses - DAVID BIRT | 3,079.92 | 3,079.92 | 0.00 |
| Prior Chapter Other Operating Expenses - RICHARD PUFFER | 6,163.00 | 6,163.00 | 0.00 |
| Prior Chapter Other Operating Expenses - JOANN RAYOS | 2,244.50 | 2,244.50 | 0.00 |
| Prior Chapter Other Operating Expenses - GAIL RINGWALD | 2,371.78 | 2,371.78 | 0.00 |
| Prior Chapter Other Operating Expenses - JERMAL MCDANIEL | 3,157.86 | 3,157.86 | 0.00 |
| Prior Chapter Other Operating Expenses - PEDRO MORATAYA | 3,242.67 | 3,242.67 | 0.00 |
| Prior Chapter Other Operating Expenses - JENNIFER BORLA | 2,062.22 | 2,062.22 | 0.00 |
| Prior Chapter Other Operating Expenses - ADRIANA CALZADA | 1,687.29 | 1,687.29 | 0.00 |
| Prior Chapter Other Operating Expenses - ALEJANDRO CANALES | 2,661.34 | 2,661.34 | 0.00 |
| Prior Chapter Other Operating Expenses - STEVEN YORDE | 4,538.82 | 4,538.82 | 0.00 |
| Prior Chapter Other Operating Expenses - LORELEI MAKOWSKI | 2,121.61 | 2,121.61 | 0.00 |
| Prior Chapter Other Operating Expenses - ANDREW JARVIS | 7,232.80 | 7,232.80 | 0.00 |
| Prior Chapter Other Operating Expenses - WILLIAM KANE | 3,918.18 | 3,918.18 | 0.00 |
| Prior Chapter Other Operating Expenses - MARK KAWANAMI | 9,044.01 | 9,044.01 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other Operating Expenses - JEFFREY HERRMANN | 8,701.38 | 8,701.38 | 0.00 |
| Prior Chapter Other Operating Expenses - MARK HILL | 2,158.51 | 2,158.51 | 0.00 |
| Prior Chapter Other Operating Expenses - JUDITH GREGOIRE | 3,556.04 | 3,556.04 | 0.00 |
| Prior Chapter Other Operating Expenses - SEAN HO | 5,272.14 | 5,272.14 | 0.00 |
| Prior Chapter Other Operating Expenses - DAWN AQUINO | 2,075.75 | 2,075.75 | 0.00 |
| Prior Chapter Other Operating Expenses - JULI BECKER | 4,425.39 | 4,425.39 | 0.00 |
| Prior Chapter Other Operating Expenses - JOHN BELL IV | 5,050.14 | 5,050.14 | 0.00 |
| Prior Chapter Other Operating Expenses - JENNIFER BERGENHOLTZ | 1,574.10 | 1,574.10 | 0.00 |
| Prior Chapter Other Operating Expenses - ROBERT TAYLOR | 3,970.10 | 3,970.10 | 0.00 |
| Prior Chapter Other Operating Expenses - DOUG TOMLINSON | 3,586.70 | 3,586.70 | 0.00 |
| Prior Chapter Other Operating Expenses - DAWN TREZISE | 1,596.99 | 1,596.99 | 0.00 |
| Prior Chapter Other Operating Expenses - STEVEN WEAKLEY | 2,916.63 | 2,916.63 | 0.00 |
| Prior Chapter Other Operating Expenses - JOHN SOURAPAS | 4,618.26 | 4,618.26 | 0.00 |
| Prior Chapter Other Operating Expenses - DORETTA STEELE | 5,132.09 | 5,132.09 | 0.00 |
| Prior Chapter Other Operating Expenses - SAUSAN HARON | 5,108.39 | 5,108.39 | 0.00 |
| Prior Chapter Other Operating Expenses - JOHN FITZPATRICK | 5,829.19 | 5,829.19 | 0.00 |
| Prior Chapter Other Operating Expenses - WILLIAM FREY, III | 4,887.15 | 4,887.15 | 0.00 |
| Prior Chapter Other Operating Expenses - JOHN GLASER | 3,061.94 | 3,061.94 | 0.00 |
| Prior Chapter Other Operating Expenses - JOY GOREY | 2,690.72 | 2,690.72 | 0.00 |
| Prior Chapter Other Operating Expenses - JOAN EDWARDS | 4,165.23 | 4,165.23 | 0.00 |
| Prior Chapter Other Operating Expenses - ROBERT ESTRADA, Jr. | 4,238.66 | 4,238.66 | 0.00 |
| Prior Chapter Other Operating Expenses - SARA COLLINS | 3,600.16 | 3,600.16 | 0.00 |
| Prior Chapter Other Operating Expenses - PATRICK DIBBLE | 5,171.80 | 5,171.80 | 0.00 |
| Prior Chapter Other Operating Expenses - CHRISTOPHER CORY | 4,026.34 | 4,026.34 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other Operating Expenses - NORMAN CARRAHER | 5,911.40 | 5,911.40 | 0.00 |
| Prior Chapter Other Operating Expenses - CHARLES CHASTAIN | 3,644.20 | 3,644.20 | 0.00 |
| Prior Chapter Other Operating Expenses - CARA WEICHMAN | 4,803.51 | 4,803.51 | 0.00 |
| Prior Chapter Other Operating Expenses - BETH ALIX | 1,992.66 | 1,992.66 | 0.00 |
| Prior Chapter Other Operating Expenses - OMAR BADAWI | 5,978.97 | 5,978.97 | 0.00 |
| Prior Chapter Other Operating Expenses - MARGARET WEINERT | 1,765.78 | 1,765.78 | 0.00 |
| Prior Chapter Other Operating Expenses - KENNETH WETZEL | 4,596.29 | 4,596.29 | 0.00 |
| Prior Chapter Other Operating Expenses - ALVIN AESCHLIMANN | 5,386.77 | 5,386.77 | 0.00 |
| Prior Chapter Other Operating Expenses - JOHN WHITE | 3,629.83 | 3,629.83 | 0.00 |
| Prior Chapter Other Operating Expenses - TODD ABRAHAMS | 3,852.56 | 3,852.56 | 0.00 |
| Prior Chapter Other Operating Expenses - WAYNE RUDOLPH | 4,323.70 | 4,323.70 | 0.00 |
| Prior Chapter Other Operating Expenses - STEPHEN SYLVESTER | 7,975.41 | 7,975.41 | 0.00 |
| Prior Chapter Other Operating Expenses - TAMI TIZZARD | 4,394.58 | 4,394.58 | 0.00 |
| Prior Chapter Other Operating Expenses - TAMMY SCHAEFFER | 2,297.73 | 2,297.73 | 0.00 |
| Prior Chapter Other Operating Expenses - NANCY SCHWARTZ | 4,517.31 | 4,517.31 | 0.00 |
| Prior Chapter Other Operating Expenses - FRANK SEDILLO | 4,349.50 | 4,349.50 | 0.00 |
| Prior Chapter Other Operating Expenses - NOTES | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - WL Homes LLC | 696,615.00 | 0.00 | 311,292.65 |

Total to be paid for prior chapter administrative expenses:    $            311,292.65
Remaining balance:    $                    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,607.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AA1-P | NOTES | 0.00 | 0.00 | 0.00 |
| (11) 225p | Franchise Tax Board | 1,804.33 | 0.00 | 0.00 |
| (11) 512 | State Board of Equalization | 3,803.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $322,694.20 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AA1-U | NOTES | 0.00 | 0.00 | 0.00 |
| (11) 052 | West Coast Property Consultant, Inc. | 0.00 | 0.00 | 0.00 |
| (11) 225u | Franchise Tax Board | 231.34 | 0.00 | 0.00 |
| (11) 544 WLH | Insul-Flow, Inc. | 30,119.23 | 0.00 | 0.00 |
| 13 | Custom Card & Label Corp. | 0.00 | 0.00 | 0.00 |
| 34 | Trainor Fairbrook | 0.00 | 0.00 | 0.00 |
| 39 | Bond Safeguard Insurance Company | 0.00 | 0.00 | 0.00 |
| 62 | Zurich American Ins. Co. | 0.00 | 0.00 | 0.00 |
| 777u WLH | Sheehan Construction Inc. | 3,988.15 | 0.00 | 0.00 |
| 1047 WLH | American Underground Contractors, Inc. | 11,455.80 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1143 WLH | Fitch Plastering | 276,899.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $24,382.93 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1653 WLH | Basile Construction Inc. | 24,382.93 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ George L. Miller
_____
                                    Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**